UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 12-0172 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br><br>(Doc. 16.) |

Plaintiff's counsel notified this Court that settlement has been reached among all parties and requests up to February 8, 2013 to file dismissal papers or a notice of null and void settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than February 8, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:    December 14, 2012**                        /s/ Lawrence J. O'Neill
                                                                                 UNITED STATES DISTRICT JUDGE